United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 9, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 03-41279
_____

DAVID E WEBB; THOMAS DIXON

                Plaintiffs - Counter Defendants - Appellees

   v.

CAI WIRELESS SYSTEMS INC; ET AL

                Defendants

JARED ABBRUZZESE

                Defendant - Counter Claimant - Appellant


---------------------
Appeal from the United States District Court for the
Eastern District of Texas, Sherman
---------------------

Before REAVLEY, JONES and DENNIS, Circuit Judges.[*]

PER CURIAM:

    IT IS ORDERED that the joint motion to set aside the opinion
and judgment issued on September 9, 2004 is granted.

        IT IS FURTHER ORDERED that the joint motion to
vacate the judgment of the District Court is granted.

---

[*] Pursuant to 5ᵀᴴ CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.

1

IT IS FURTHER ORDERED that the joint motion to remand the case to the United States District Court for further proceedings pursuant to the settlement is granted.